**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

D.W.,                                              : No. 498 EAL 2019
                                                   :
                    Petitioner                     :
                                                   :
                                                   : Petition for Allowance of Appeal
                                                   : from the Order of the Superior Court
         v.                                        :
                                                   :
                                                   :
A.R.,                                              :
                                                   :
                    Respondent                     :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.